IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01290-EWN-MJW

UNITED STATES OF AMERICA,

Plaintiff(s),

v.

2005 MERCEDES BENZ, VIN WDBRF40J25F588010,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Norma E. Barraza's Motion to Compel Discovery (docket no. 19) is DENIED. Ms. Barraza seeks discovery pursuant to Rule G(6) Supplemental Rules for Admiralty or Maritime Claims and Asset and the subject motion (docket no. 19) is based upon discovery pursuant to Rule G(6) above. Supplemental Rule G(6) provides, in permanent part:  "The government may serve special interrogatories limited to the claimant's identity and relationship to the defendant property...."  Accordingly, such discovery under Supplemental Rule G(6) is limited to the government only.  *See* Advisory Committee Note to Rule G(6).

Date:  January 23, 2008