IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01290-EWN-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2005 MERCEDES BENZ, VIN WDBRF40J25F588010,

      Defendant.

---

## ORDER (Docket No 38)

---

This matter comes before the Court on the parties' UNOPPOSED MOTION TO

VACATE STATUS CONFERENCE - VERBAL SETTLEMENT, and the Court being fully

advised, hereby ORDERS:

THAT the May 20, 2008 Status Conference is VACATED; and

THAT the parties shall file a Settlement Agreement within the next 90 days, or by August

25, 2008.

DATED this ___19TH___ day of May, 2008.


                _____
                MICHAEL J. WATANABE
                United States Magistrate Judge
                District of Colorado