IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01290-EWN-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2005 MERCEDES BENZ, VIN WDBRF40J25F588010,

       Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and sole claimant Norma Barraza, *pro se*, have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant 2005 Mercedes Benz, VIN WDBRF40J25F588010 have been filed;

THAT upon agreement of the parties, defendant 2005 Mercedes Benz, VIN WDBRF40J25F588010 shall be forfeited to the United States and sold at auction by the United States Marshal Service and 50 percent of the net proceeds shall be returned to claimant Norma Barraza;

THAT upon agreement of the parties, 50 percent of the net proceeds from the sale of defendant 2005 Mercedes Benz, VIN WDBRF40J25F588010 shall be forfeited to the United States and disposed of in accordance with law;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant 2005 Mercedes Benz, VIN WDBRF40J25F588010 shall enter in favor of the United States; the United States shall have full and legal title to the forfeited 2005 Mercedes Benz, VIN WDBRF40J25F588010, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this 28th day of July, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
CHIEF UNITED STATES DISTRICT JUDGE